2:21-mj-0202-BNW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Criminal Action No. 1:21-CR-29
(Judge Kleeh)

SHELLY ANNE LEIPHAM,

    Defendant.

## AMENDED ORDER STAYING RELEASE ORDER

On March 9, 2021, came the United States of America and Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, by Sarah E. Wagner, Assistant United States Attorney for district, and moved this Court to review the Magistrate Court's decision granting bond and for revocation of that order pursuant to 18 U.S.C. § 3145(a)(1). Within the Motion to Seek Review of Release Order [ECF No. 7], the Government also moves this Court stay the Defendant's release from federal custody pending a review of the Magistrate Judge's decision granting him bond [Id.].

Therefore, for the reasons stated in the Government's Motion, the Court believes the Government may be able to establish that Ms. Leipham is a danger to the community under the statute, and hereby **STAYS** the Defendant's release from federal custody until

1

this Court may conduct a thorough review of Magistrate Judge's order releasing the Defendant on bond [ECF No. 7].

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

**DATED**: March 10, 2021

>/s/ Thomas S. Kleeh
>THOMAS S. KLEEH
>UNITED STATES DISTRICT JUDGE